# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ROSE , et al.<br>PLAINTIFF(S)<br>v.<br>THE TRADE DESK, INC.<br>DEFENDANT(S). | CASE NUMBER:<br>2:26−cv−09101−RGK−MAR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 8/14/2026 | 1 | Complaint |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party’s first appearance. See Local Rule 7.1−1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83−7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: August 26, 2026

By: /s/ *Audree Sellarole audree_sellarole@cacd.uscourts.gov*
Deputy Clerk