Aaron M. Zigler (Cal. Bar No. 327318)
aaron@ziglerlawgroup.com
Kevin M. McCormack (*pro hac vice* to be filed)
kevin@ziglerlawgroup.com
Nidya S. Gutierrez (Cal. Bar No. 330209)
nidya@ziglerlawgroup.com
**ZIGLER LAW GROUP, LLC**
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Telephone: 312-535-5995

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON ROSE, ET AL<br><br>individually and on behalf of the public and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRADE DESK, INC., a Delaware corporation<br><br>Defendant. | Case No.: 2:26−cv−09101−RGK−MAR<br><br>**PLAINTIFFS' NOTICE OF INTERESTED PARTIES (LR 7.1-1)** |

The undersigned, counsel of record for Plaintiffs, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| | Party | Connection/Interest |
|---|---|---|
| 1. | Shannon Rose | Plaintiff |
| 2. | Sheila Johnson | Plaintiff |
| 3. | Scott McMannes | Plaintiff |
| 4. | Brian Troesch | Plaintiff |
| 5. | Margie Ramos-Toro | Plaintiff |
| 6. | Michelle Dorry | Plaintiff |
| 7. | Melissa Peace | Plaintiff |
| 8. | Dorie Leland | Plaintiff |
| 9. | Monica Hatch | Plaintiff |
| 10. | Steven Neff | Plaintiff |
| 11. | Cheryl Gebo | Plaintiff |
| 12. | Sandeep Trisal | Plaintiff |
| 13. | Gregory Bassell | Plaintiff |
| 14. | Sara Bullard | Plaintiff |
| 15. | William Kopatich | Plaintiff |
| 16. | Aaron Zigler, Esq. | Attorney for Plaintiffs |
| 17. | Kevin McCormack, Esq. | Attorney for Plaintiffs |
| 18. | Nidya Gutierrez, Esq. | Attorney for Plaintiffs |
| 19. | Zigler Law Group, LLC | Attorneys for Plaintiffs |
| 20. | The Trade Desk, Inc. (TTD) | Defendant |

Dated: August 26, 2026

By: */s/ Aaron Zigler*

Aaron M. Zigler (Cal. Bar No. 327318)
Kevin M. McCormack (*pro hac vice* to be filed)
Nidya S. Gutierrez (Cal. Bar No. 330209)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333

Chicago, IL 60661
Tel: 312.535.5995
aaron@ziglerlawgroup.com
kevin@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*