Aaron M. Zigler (Cal. Bar No. 327318)
aaron@ziglerlawgroup.com
Kevin M. McCormack (*pro hac vice* to be filed)
kevin@ziglerlawgroup.com
Nidya S. Gutierrez (Cal. Bar No. 330209)
nidya@ziglerlawgroup.com
**ZIGLER LAW GROUP, LLC**
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Telephone: 312-535-5995

*Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

SHANNON ROSE, ET AL, individually and on behalf of the public and all others similarly situated,

Plaintiffs,

vs.

THE TRADE DESK, INC., a Delaware corporation

Defendant.

Case No.: 2:26−cv−09101−RGK−MAR

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs hereby voluntarily dismiss without prejudice the above-captioned action against Defendant The Trade Desk, Inc. This notice of voluntary dismissal without prejudice is being filed with the court before service by Defendant of either an answer or a motion for summary judgment.

Dated: November 2, 2026

By: */s/ Aaron M. Zigler*

Aaron M. Zigler (Cal. Bar No. 327318)
Kevin M. McCormack (*pro hac vice* to be filed)
Nidya S. Gutierrez (Cal. Bar No. 330209)
ZIGLER LAW GROUP, LLC
308 S. Jefferson Street | Suite 333
Chicago, IL 60661
Tel: 312.535.5995
aaron@ziglerlawgroup.com
kevin@ziglerlawgroup.com
nidya@ziglerlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*